```
CHRISTOPHER E. PLATTEN (SBN: 111971)
cplatten@wmprlaw.com
ARDALAN RAGHIAN (SBN: 339171)
araghian@wmprlaw.com
WYLIE, McBRIDE, PLATTEN & RENNER
2025 Gateway Place, Suite 430
San Jose, California 95110
Telephone: (408) 979-2920

Attorneys for Plaintiff,
PATRICK VARGAS
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK VARGAS,<br><br>         Plaintiff,<br><br>     v.<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDALL BRADLEY, in his official capacity as Fire Chief of the South San Joaquin County Fire Authority; DOES 1 through 20, inclusive,<br><br>         Defendants. | Case No. 2:22-cv-01454-WBS-KJN<br><br>**STIPULATION AND ORDER TO ALLOW FOR FILING OF SECOND AMENDED COMPLAINT** |

   Plaintiff, Patrick Vargas ("Plaintiff") and Defendants City of Tracy, South San Joaquin County Fire Authority and Randall Bradley (collectively, "Defendants"), through their respective counsel, hereby stipulate and agree that Plaintiff shall be

STIPULATION AND ORDER TO ALLOW FOR FILING OF SECOND AMENDED
COMPLAINT; Case No. 2:22-cv-01454-WBS-KJN                    1

permitted to file a Second Amended Complaint by December 16, 2022.

    IT IS SO STIPULATED.

Dated: December 7, 2022     WYLIE, MCBRIDE, PLATTEN & RENNER

                                        */s/ Ardalan Raghian*  
                                        Ardalan Raghian  
                                        Christophe E. Platten  
                                        Attorneys for Plaintiff  
                                        PATRICK VARGAS

Dated: December 7, 2022     RENNE PUBLIC LAW GROUP

                              */s/ Steve Cikes* (as authorized on 12/07/22)  
                                        Steve Cikes  
                                        Attorneys for Defendant  
                                        CITY OF TRACY

Dated: December 7, 2022     BORTON PETRINI, LLP

                              */s/ Claudia Aceves* (as authorized on 12/07/22)  
                                        Claudia Aceves  
                                        Attorneys for Defendants  
                                        SOUTH SAN JOAQUIN COUNTY FIRE  
                                        AUTHORITY and RANDALL BRADLEY

STIPULATION AND ORDER TO ALLOW FOR FILING OF SECOND AMENDED COMPLAINT; Case No. 2:22-cv-01454-WBS-KJN          2

**ORDER**

The Court, having considered the foregoing Stipulation, HEREBY ORDERS that Plaintiff, Patrick Vargas may file his Second Amended Complaint in this case by December 16, 2022.

**IT IS SO ORDERED.**

Dated:   December 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

l:\7000\73346\court—federal\pleadings\stipulation and proposed order re SAC

STIPULATION AND ORDER TO ALLOW FOR FILING OF SECOND AMENDED COMPLAINT; Case No. 2:22-cv-01454-WBS-KJN                3