UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| PATRICK VARGAS,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDALL BRADLEY, in his individual and official capacity as Fire Chief of the South San Joaquin County Fire Authority; and DOES 1 through 20, inclusive,<br><br>            Defendants. | No. 2:22-cv-01454 WBS KJN<br><br>ORDER RE: DEFENDANT RANDALL BRADLEY'S MOTION TO STRIKE PRAYER FOR PUNITIVE DAMAGES |
|---|---|

----oo0oo----

Upon review of the moving papers and following oral argument, defendant Randall Bradley's motion to strike plaintiff's prayer for punitive damages (Docket No. 29) is hereby GRANTED, without prejudice to plaintiff's right to amend the complaint to sufficiently allege that defendant Bradley's conduct was driven by an evil motive or intent, or involved a reckless or callous indifference to the constitutional rights of others, see

1

Morgan v. Woessner, 997 F.2d 1244, 1255 (9th Cir. 1993), or involved oppression, fraud, or malice, see Cal. Civ. Code § 3294. Plaintiff has fourteen days from the date this Order is signed to file an amended complaint consistent with this Order.

    IT IS SO ORDERED.

Dated: March 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE