```
Claudia Aceves, Esq., SBN 294350
```
**BORTON PETRINI, LLP**
```
201 Needham Street
Modesto, California 95354
Tel: (209) 576-1701
Fax: (209) 527-9753
caceves@bortonpetrini.com
```

*Attorneys for Defendants,*
SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY
and RANDALL BRADLEY,
in his individual and official capacities as Fire Chief
of the South San Joaquin County Fire Authority

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK VARGAS,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDALL BRADLEY, in his individual and official capacities, DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No. 2:22-cv-01454-WBS-KJN<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL<br><br>Removal Filed: August 17, 2022<br>FAC Filed: September 14, 2022<br>SAC Filed: December 12, 2022<br>TAC Filed: March 21, 2023 |

The Court, having considered the STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL filed April 4, 2023, HEREBY ORDERS that Defendants, South San Joaquin County Fire Authority, and Randall Bradley, in his individual and official capacities, shall have until

April 18, 2023 to respond to Plaintiff's Third Amended Complaint ("TAC") (ECF No. 37) filed on March 21, 2023.

**IT IS SO ORDERED.**

Dated:  April 10, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE