Claudia Aceves, Esq., SBN 294350
**BORTON PETRINI, LLP**
201 Needham Street
Modesto, California 95354
Tel: (209) 576-1701
Fax: (209) 527-9753
caceves@bortonpetrini.com

*Attorneys for Defendants,*
SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY
and RANDALL BRADLEY,
in his individual and official capacities as Fire Chief
of the South San Joaquin County Fire Authority

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK VARGAS,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDALL BRADLEY, in his individual and official capacities, DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No. 2:22-cv-01454-WBS-KJN<br><br>STIPULATION AND ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL<br><br>Removal Filed: August 17, 2022<br>FAC Filed: September 14, 2022<br>SAC Filed: December 12, 2022<br>TAC Filed: March 21, 2023 |

Due to unforeseen circumstances affecting Defendants, Plaintiff, Patrick Vargas ("Plaintiff") and Defendants, South San Joaquin County Fire Authority, and Randall Bradley, in his individual and official capacity as Fire Chief of the South San Joaquin County Fire Authority (collectively, "Defendants"), through their respective

counsel, hereby stipulate and agree that Defendants shall have until May 5, 2023 to respond to Plaintiff's Third Amended Complaint ("TAC") (ECF No. 37) filed on March 21, 2023.

IT IS SO STIPULATED.

Dated: April 21, 2023		WYLIE, McBRIDE, PLATTEN & RENNER


					By: /s/ Ardalan Raghian (as authorized on
					    4/20/2023)
					    Ardalan Raghian

					Attorneys for Plaintiff
					PATRICK VARGAS


Dated: April 21, 2023		BORTON PETRINI, LLP


					By: /s/ Claudia Aceves
					    CLAUDIA ACEVES

					Attorneys for Defendants
					SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY
					and RANDALL BRADLEY

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

The Court, having considered the foregoing STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL, HEREBY ORDERS that Defendants, South San Joaquin County Fire Authority, and Randall Bradley, in his individual and official capacities, shall have until May 5, 2023, to respond to Plaintiff's Third Amended Complaint ("TAC") (ECF No. 37) filed on March 21, 2023.

**IT IS SO ORDERED.**

Dated: April 21, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE