UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PATRICK VARGAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDALL BRADLEY, in his individual and official capacity as Fire Chief of the South San Joaquin County Fire Authority; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | No. 2:22-cv-01454 WBS KJN<br><br>ORDER RE: DEFENDANT RANDALL BRADLEY'S MOTION TO STRIKE, OR IN THE ALTERNATIVE DISMISS, PUNITIVE DAMAGES |

----oo0oo----

　　　　Upon review of the moving papers,[1] defendant Randall Bradley's motion to strike, or in the alternative dismiss, plaintiff's prayer for punitive damages (Docket No. 44) is hereby DENIED.  The Third Amended complaint sufficiently alleges facts to support plaintiff's contention that defendant Randall

---

[1] The motion is decided without oral argument pursuant to Local Rule 230(g).

1

Bradley's conduct was driven by an evil motive or intent, or involved a reckless or callous indifference to the constitutional rights of others, see Morgan v. Woessner, 997 F.2d 1244, 1255 (9th Cir. 1993), and involved oppression, fraud, or malice, see Cal. Civ. Code § 3294.

IT IS SO ORDERED.

Dated:   June 2, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE