ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Ruth M. Bond   (SBN 214582)
    Ruth.Bond@aalrr.com
3 Harbor Drive, Suite 200
Sausalito, California 94965-1491
TELEPHONE: (628) 234-6200
FAX: (628) 234-6899

Attorneys for Defendant
CITY OF TRACY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK VARGAS, individually, and on behalf of others similarly situated<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDALL BRADLEY, in his individual and official capacities, DOES 1 through 20, inclusive,<br><br>Plaintiff, | Case No.   2:22-CV-01454-WBS-KJN<br><br>**ORDER RE: MODIFICATION OF SCHEDULING ORDER**<br><br>**(FRCP 16(B)(4); Eastern District Local Rules 143. 144(a)):** |

Good cause appearing therefore, as set forth in the accompanying Declaration of Ruth M. Bond, the Stipulation re: Modification of Scheduling Order, is hereby adopted as the Order of this Court and the dates are modified as follows:

1. Section IV of the December 8, 2022 Scheduling Order is modified in the following manner:

   b) With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **June 12, 2024**.

   c) All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **July 10, 2024**.

    d) All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court and so that such motions may be heard (and any resulting orders obeyed) not later than **July 10, 2024**.

2. Section V of the December 8, 2022 Scheduling Order is modified in the following manner:

    a) All motions, except motions in limine, motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **September 4, 2024**.

3. Section VI of the December 8, 2022 Scheduling Order is modified in the following manner:

    a) The Final Pretrial Conference is set for **December 2, 2024 at 1:30 p.m**.

4. Section VII of the December 8, 2022 Scheduling Order is modified in the following manner:

    a) The jury trial is set for **February 4, 2025 at 9:00 a.m.**

5. All other matters discussed in the December 8, 2022 Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

**Dated:  February 12, 2024**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE