UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PATRICK VARGAS,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDAL BRADLEY, in his individual and official capacities; DOES 1 through 20, inclusive,<br><br>           Defendants. | No. 2:22-cv-01454 WBS CSK<br><br>ORDER RE: MODIFICATION OF SCHEDULING ORDER |

----oo0oo----

Good cause appearing, and given that this is defendants' first request to modify the scheduling order following the prior three modifications due to various issues involving plaintiff's counsel, defendants' ex parte application (Docket No. 89) to further modify the scheduling order (Docket No. 87) is hereby GRANTED as follows:

     1.   All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be

1

conducted as to be completed by **November 25, 2024**.  All motions to compel discovery must be noticed on the Magistrate Judge's calendar in accordance with the local rules of this Court and so that such motions may be heard (and any resulting orders obeyed) not later than **November 25, 2024**.[1]

2. All motions, except motions in limine, motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **January 13, 2025.**

3. The Final Pretrial Conference is set for **March 24, 2025** at 1:30 p.m.

4. The jury trial is set for **May 20, 2025** at 9:00 a.m.

5. All other matters shall remain unchanged.

IT IS SO ORDERED.

Dated: October 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Defendants also requested that the court set dates for specific depositions, which is not this court's practice in a scheduling order.  The parties shall meet and confer regarding any further depositions.