**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK VARGAS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDAL BRADLEY, in his individual and official capacities; DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-01454-WBS-CSK<br><br>**ORDER RE: MODIFICATION OF SCHEDULING ORDER**<br><br>**(ECF Nos. 93, 94)** |

Good cause appearing, as set forth in the accompanying Declaration of Patrick Hormillosa and the parties' stipulation to modify the scheduling order (ECF No. 94), the October 11, 2024 Scheduling Order (ECF No. 93), is modified as follows:

1. All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **December 13, 2024.**

1

2. All other deadlines shall remain unchanged.

**IT IS SO ORDERED.**

DATED: November 25, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, varg1454.22