UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PATRICK VARGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDALL BRADLEY, in his individual and official capacities; and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. 2:22-cv-01454 WBS CSK<br><br>ORDER |

----oo0oo----

On February 21, 2025, the court granted the City of Tracy's ("City") motion for summary judgment in its entirety, thereby disposing of all claims against the City. (See Docket No. 119 at 18.) The court denied in part the motions for summary judgment filed by the South San Joaquin County Fire Authority and Randall Bradley, leaving all claims but the procedural process claim for trial. (See id.) The City now requests that the court enter final judgment in its favor. (Docket No. 121.)

1

1          Federal Rule of Civil Procedure 54(b) provides that
2   "[w]hen an action presents more than one claim for relief . . .
3   or when multiple parties are involved, the court may direct entry
4   of a final judgment as to one or more, but fewer than all, claims
5   or parties only if the court expressly determines that there is
6   no just reason for delay."
7          The factors that may inform a court's determination of
8   whether final judgment should be entered as to fewer than all
9   claims or parties include "whether certification would result in
10  unnecessary appellate review; whether the claims finally
11  adjudicated were separate, distinct, and independent of any other
12  claims; whether review of the adjudicated claims would be mooted
13  by future developments in the case; whether an appellate court
14  would have to decide the same issues more than once even if there
15  were subsequent appeals; and whether delay in payment of the
16  judgment . . . would inflict severe financial harm."  Wood v. GCC
17  Bend, LLC, 422 F.3d 873, 878 n.2 (9th Cir. 2005) (citing Curtiss-
18  Wright Corp. v. Gen. Elec. Co., 446 U.S. 1, 8 (1980)).
19         "[I]n deciding whether there are no just reasons to
20  delay the appeal of individual final judgments . . ., a district
21  court must take into account judicial administrative interests as
22  well as the equities involved."  Curtiss-Wright, 446 U.S. at 8.
23  "[C]onsideration of judicial administrative interests is
24  necessary to assure that application of the Rule effectively
25  preserves the historic federal policy against piecemeal appeals."
26  Wood, 422 F.3d at 878 (internal quotation marks omitted).
27  Accordingly, Rule 54(b) judgments should be limited to the
28  "unusual case in which the costs and risks of multiplying the

1 | number of proceedings and of overcrowding the appellate docket
2 | are outbalanced by pressing needs of litigants for an early and
3 | separate judgment as to some of the claims of the parties."
4 | Morrison-Knudsen Co., Inc. v. J.D. Archer, 655 F.2d 962, 965 (9th
5 | Cir. 1981).
6 |       While the court did reach a final determination of the
7 | claims against the City on which it granted summary judgment, the
8 | City has not established that entry of final judgment is
9 | warranted at this stage.  First, the City has provided no
10 | argument suggesting that it has a pressing need for an early and
11 | separate judgment.  Second, given the similar factual issues
12 | involved in the claims against all defendants -- particularly the
13 | role Bradley played in the allegedly retaliatory employment
14 | actions at issue -- it appears that entering a final judgment as
15 | to only the City would create the possibility of duplicative and
16 | inefficient appeals.  See Wood, 422 F.3d at 882 ("[The Ninth
17 | Circuit] cannot afford the luxury of reviewing the same set of
18 | facts in a routine case more than once without a seriously
19 | important reason."); Morrison-Knudsen, 655 F.2d at 965
20 | ("similarity of legal or factual issues will weigh heavily
21 | against entry of judgment under [Rule 54(b)]").
22 |       IT IS THEREFORE ORDERED that the City of Tracy's
23 | request for entry of final judgment at this time (Docket No. 121)
24 | be, and the same hereby is, DENIED.
25 | Dated:  March 13, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3