JOSEPH A. LEPERA (SBN 207615)
PATRICK A. HORMILLOSA (SBN 293000)
LEPERA + ASSOCIATES, PC
870 Market Street – Suite 845
San Francisco, California 94102
Telephone: (415) 362-2529
Facsimile: (415) 362-9022
Email: joseph@leperalaw.com
Email: patrick@leperalaw.com

Attorneys for Plaintiff
PATRICK VARGAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK VARGAS,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF TRACY; SOUTH SAN JOAQUIN COUNTY FIRE AUTHORITY; RANDALL BRADLEY, in his individual and official capacities; DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.: 2:22-cv-01454-WBS-CSK<br><br>Honorable William B. Shubb<br>Senior United States District Judge<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1

*Patrick Vargas v. City of Tracy, et al.* – **Case No.: 2:22-cv-01454-WBS-CSK**
**STIPULATION AND ORDER TO ENTIRE CASE WITH PREJUDICE**

**TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Patrick Vargas and Defendants South San Joaquin County Fire Authority and Randall Bradley in his individual and official capacity ("Defendants SSJCFA and Bradley"), by and between their respective counsel hereby stipulate and jointly move this Court to dismiss the above-captioned action, including Plaintiff's Third Amended Complaint, with prejudice pursuant to the Release dated April 17, 2025, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorney's fees and costs.

DATED: June 2, 2025          LEPERA + ASSOCIATES, PC


By:  /s/
   Joseph A. Lepera
   Patrick A. Hormillosa
   Attorneys for Plaintiff
   PATRICK VARGAS

DATED: June 2, 2025          BORTON PETRINI, LLP


By:  /s/
   Claudia Aceves
   Attorneys for Defendants
   SOUTH SAN JOAQUIN COUNTY FIRE
   AUTHORITY and RANDALL BRADLEY

LEPERA + ASSOCIATES, PC
870 Market Street – Suite 845
San Francisco, CA 94102

2

*Patrick Vargas v. City of Tracy, et al.* – Case No.: 2:22-cv-01454-WBS-CSK
**STIPULATION AND ORDER TO ENTIRE CASE WITH PREJUDICE**

**ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own fees and costs for this action.

Dated:  June 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

*Patrick Vargas v. City of Tracy, et al.* – Case No.: 2:22-cv-01454-WBS-CSK
**STIPULATION AND ORDER TO ENTIRE CASE WITH PREJUDICE**